UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JTH TAX LLC d/b/a LIBERTY TAX SERVICE,**

    Plaintiff,

v.

**KATHERINE GROOMS,**

    Defendant.

_____/

CASE NO.:

**PLAINTIFF'S COMPLAINT
FOR INJUNCTIVE RELIEF AND DAMAGES**

Plaintiff JTH Tax LLC d/b/a Liberty Tax Service ("Liberty"), by counsel, for its Complaint against Defendant Katherine Grooms, alleges as follows:

**NATURE OF THE ACTION**

1. This is a civil action for preliminary and permanent injunctive relief and damages.

2. Liberty brings claims against Grooms based on her violation of a Confidential Settlement and Release Agreement ("Agreement") with Liberty and this Court's permanent injunction entered against Grooms in *JTH Tax LLC v. Grooms*, Case No. 3:20-cv-00461-TJC-PDB ("Injunction Lawsuit"). A redacted portion of the Agreement is attached as Exhibit A and a copy of the stipulated permanent injunction ("Injunction") is attached as Exhibit B.

1

**GORDON REES SCULLY MANSUKHANI LLP**
100 SE Second Street, Suite 3900, Miami, FL 33131

3. Despite releasing all claims against Liberty and its franchisees via the Agreement, on April 22, 2021, Grooms filed suit against Liberty franchisees Larry Goodman and April Goodwin in the Circuit Court, Fourth Judicial District, Duval County, Case No. 16-2021-CA-1416 ("Goodwin Lawsuit"), asserting claims against the Goodwins related to their alleged conduct *prior* to the execution of the Agreement. A true and correct copy of the Goodwin Lawsuit is attached as Exhibit C.

4. Grooms' bad-faith filing of the Goodwin Lawsuit breached the Agreement.

5. Based on this breach, under the Agreement, Liberty is entitled to damages and injunctive relief.

6. In the Goodwin Lawsuit, Grooms admitted to operating a tax preparation business after she entered into the Agreement with Liberty and after the Court entered an injunction prohibiting her from operating such a business. On information and belief, by operating that business, Grooms violated and continues to violate the Injunction entered by this Court in the Injunction Lawsuit.

7. Accordingly, Liberty also seeks damages and further injunctive relief based on Grooms' breach of contract and contempt of this Courts' Injunction.

## THE PARTIES

8. Liberty is a Delaware limited liability company with its principal place of business in the Commonwealth of Virginia.

9. Liberty and its affiliates maintain franchises and company-owned income tax preparation offices throughout the United States.

10. Grooms is a citizen of the State of Florida and resides in Jacksonville, Duval County, within the jurisdiction of the Middle District of Florida. Grooms operates a tax preparation business in this District called Accounting & Tax Solutions ("ATS"), located at 5030 Blanding Blvd., Jacksonville, FL 32210.[1] ATS is less than 25 miles from where Grooms operated her Liberty Franchise.

## JURISDICTION AND VENUE

11. This Court has personal jurisdiction over Grooms because Grooms is a citizen of the State of Florida she does business in the State of Florida.

12. This Court has diversity jurisdiction under 28 U.S.C. § 1332 because the parties are from different states and the amount in controversy exceeds $75,000.

13. This Court has original subject matter jurisdiction pursuant to the Injunction and its inherent authority to enforce its own orders, its ability to enforce the settlement agreement, and supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 because they form part of the same case or controversy as the claims connected with the Injunction.

14. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this

---

[1] Accounting & Tax Solutions, Contact Us, https://accttaxsolutions.com/contact-us/ (last accessed October 8, 2021).

District and a substantial part of property that is the subject of the action is situated in this District.

## FACTUAL BACKGROUND

10. Liberty is a franchisor of Liberty Tax Service® income tax preparation service centers located throughout the United States, including the State of Florida.

11. Liberty grants licenses to franchisees to use its Marks and participate in its confidential and proprietary business system pursuant to written franchise agreements, which are reasonably and carefully tailored to protect Liberty's valuable confidential information, reputation, goodwill, and other legitimate business interests.

12. As part of its franchise system, Liberty discloses certain confidential information, including methods of franchise operation, customer information, and marketing information ("Confidential Information") to franchisees.

13. On or about June 10, 2013, Grooms purchased the Liberty Franchise Territory known as FL089 (JacksonvilleFL-13) from a former franchisee.

14. Until September 27, 2019, when her franchise agreement was unilaterally terminated based on her violations of the Franchise Agreement, Grooms was a franchisee in the Liberty system.

15. During her term, Grooms operated her Liberty franchise from 3619 Blanding Blvd, Jacksonville, FL 32210 (the "Former Franchise Location").

16. During her term as a Liberty Franchisee, Grooms took out loans from Liberty for more than $80,000. Upon her termination, Grooms owed more than

$35,000 on those loans and more than $100,000 in unpaid royalties and other fees, in breach of her Franchise Agreement and the loan agreements.

17. Under the Liberty franchise agreements, after a franchisee is terminated, they agree, *inter alia*, to not use Liberty's Confidential Information, not solicit Liberty's customers, and not operate a competing tax preparation business with 25 miles of their Liberty territory.

18. Following her termination, Grooms immediately began to compete with Liberty and solicit Liberty's customers from a location just blocks away from her former franchise location.

19. Upon discovery of these violations, on May 5, 2020, Liberty sued Grooms in this Court for, among other things, breach of contract, unjust enrichment, conversion, and violations of the Defend Trade Secrets Act.

20. Following motions from Liberty, this Court first granted a temporary restraining order, then a preliminary injunction, which barred Grooms from operating her tax preparation business, soliciting Liberty customers, and using Liberty trademarks and Confidential Information.

21. On September 14, 2020, Liberty and Grooms settled the Injunction Lawsuit via the Agreement.

22. Under the Agreement, Grooms released Liberty and its affiliates, including its franchisees, subject to the following term:

**GORDON REES SCULLY MANSUKHANI LLP**
100 SE Second Street, Suite 3900, Miami, FL 33131

>By executing this Settlement Agreement, each of Defendants, individually and on behalf of their respective heirs, legal representatives, agents, successors, and assigns hereby forever release and discharge Liberty, its respective past and present employees, agents, officers, area developers, directors, its subsidiary and affiliated business entities and franchisees and their respective past and present employees, agents, officers, and directors (collectively, the "Liberty Released Parties"), from any and all claims that could be asserted by any of Defendants against any of the Liberty Released Parties through the Effective Date. This Settlement Agreement resolves forever any claim of any of Defendants for relief that could have been alleged, no matter how characterized, including, without limitation, compensatory damages, damages for breach of contract, bad faith damages, reliance damages, liquidated damages, punitive damages, costs and attorney's fees related to or arising from the Litigation.

23. Grooms also agreed to abide by the post-termination terms of her Franchise Agreement, which would be memorialized in a stipulated permanent injunction.

24. On September 22, 2020, this Court entered the Injunction, which barred Grooms from "preparing or electronically filing income tax returns, or offering Financial Products within twenty-five miles of the Territory[,]" "soliciting any person or entity served by Grooms' former Franchised Business between September 28, 2018 and September 27, 2019, within twenty-five miles of the Territory," and holding herself out as a former Liberty franchisee.

25. Under both the Agreement and the Injunction, the prevailing party in a dispute is entitled to their attorney's fees and costs.

26. On information and belief, Grooms continued operating ATS at a location less than 25 miles away from her former franchise location, in violation of the Agreement and the Injunction. Grooms' website specifically advertises providing "Personal income tax preparation."[2]

27. On information and belief, Grooms filed at least 249 tax returns, many of which violated the terms of the agreement.

28. In addition to violating the Agreement and the Injunction by improperly competing and soliciting, Grooms also violated the Agreement by filing a Lawsuit against Liberty franchisees Larry and April Goodwin on April 22, 2021.

29. The Goodwin Lawsuit alleges that, between 2013 and 2019, the Goodwins defamed Grooms and interfered with her business. However, any and all claims related to this alleged conduct was released by the Agreement.

30. Liberty sent Grooms a letter, demanding that she dismiss the case with prejudice, based on the violation of the release contained in the Agreement. That case remains pending and the complaint remains operative.

31. Grooms' continued operation of a tax preparation business, solicitation of Liberty customers, and use of Liberty's name in promoting herself, has caused Liberty damages based on the loss of goodwill and customer revenue in an amount to be proven at trial of at least $100,000 plus attorney's fees and costs.

---

[2] Accounting & Tax Solutions, Contact Us, https://accttaxsolutions.com/contact-us/ (last accessed October 8, 2021).

**GORDON REES SCULLY MANSUKHANI LLP**
100 SE Second Street, Suite 3900, Miami, FL 33131

32. Grooms' violation of the release Agreement and Injunction has caused Liberty damages based on the loss of goodwill and customer revenue in an amount to be proven at trial of at least $100,000 plus attorney's fees and costs.

**COUNT I**
*Breach of the Agreement*
*Against Grooms*
*(Equitable Claim)*

33. Liberty repeats and re-alleges paragraphs 1-32 as if fully set forth herein.

34. The Agreement is valid and enforceable.

35. Liberty has performed every obligation and condition required of it under the Franchise Agreement.

36. Pursuant to Section 4 of the Agreement, Grooms agreed to abide by the terms of the Injunction.

37. Pursuant to Section 9 of the Agreement, Grooms agreed to release Liberty and its franchisees for all liability for acts performed to date.

38. Grooms violated the Agreement by, *inter alia*, competing against Liberty, soliciting Liberty customers, continuing to promote herself through an association with Liberty, and by filing the Goodwin Lawsuit.

39. The aforementioned are material breaches of the Agreement.

40. As a result of Grooms' past, present, and potential breaches, Liberty has suffered and will continue to suffer actual, substantial, and irreparable damage, including, but not limited to:

8
**GORDON REES SCULLY MANSUKHANI LLP**
100 SE Second Street, Suite 3900, Miami, FL 33131

     A.    Loss of customer goodwill and loyalty;

     B.    Loss of business opportunities and relationships to provide tax preparation services and related services;

     C.    Loss of customers;

     D.    Loss of profits;

     E.    Loss of franchisee stability;

     F.    Loss of ability to sell other franchises;

     G    Loss of value in confidential business information;

     H.    Loss of competitive advantage in the Jacksonville territory and surrounding territories;

     I.    Attorneys' fees; and

     J.    Cost of this action.

41. Liberty has been and will be irreparably harmed by Grooms' actions, and monetary damages are an insufficient remedy in that they can only potentially quantify a limited loss of customers, but cannot take into account the continuing irreparable damage to the value of Liberty's confidential information, goodwill, customer loyalty, and its ability to sell franchises, all of which are caused by Grooms' ongoing violations.

42. Unless Grooms' wrongful conduct is enjoined, Grooms will continue to breach her obligations by continuing to breach the Agreement.

**COUNT II**
*Breach of the Agreement*
*Against Grooms*
*(Monetary Claim)*

43. Liberty repeats and re-alleges paragraphs 1-42 as if fully set forth herein.

9
**GORDON REES SCULLY MANSUKHANI LLP**
100 SE Second Street, Suite 3900, Miami, FL 33131

44. In addition to the equitable relief sought in Count I, Liberty is also entitled to monetary relief caused by Groom's breach of contract.

45. As a direct and proximate result of these breaches, Liberty has incurred, and will continue to incur, substantial losses, fees, and expenses for which Grooms is liable.

46. Grooms' breach of the Agreement has caused Liberty damages based on the loss of goodwill and customer revenue in an amount to be proven at trial of at least $100,000 plus attorney's fees and costs.

## COUNT III
*Contempt of Court / Violation of the Injunction*
*Against Grooms*
*(Monetary Claim)*

47. Liberty repeats and re-alleges the foregoing allegations in paragraphs 1-32 as if fully set forth herein.

48. The Injunction is valid and enforceable.

49. This Court has the inherent authority to enforce its own orders.

50. Pursuant to the injunction, the Court prohibited Grooms from operating "preparing or electronically filing income tax returns, or offering Financial Products within twenty-five miles of the Territory[,]" "soliciting any person or entity served by Grooms' former Franchised Business between September 28, 2018 and September 27, 2019, within twenty-five miles of the Territory," and holding herself out as a former Liberty franchisee.

51. Grooms has continued to operate ATS, offering tax preparation services, and has solicited customers to her business in violation of the Injunction.

52. Grooms has also violated the injunction by continuing to associate herself with Liberty on LinkedIn.

53. Grooms has no reasonable excuse for her failure to comply with the Injunction.

54. Grooms' violations of the Injunction are contemptuous.

55. Grooms' breach of the Injunction has caused Liberty damages based on the loss of goodwill and customer revenue in an amount to be proven at trial of at least $100,000 plus attorney's fees and costs.

## COUNT IV
### *Request for Preliminary Injunction*

56. Liberty repeats and re-alleges the foregoing allegations in paragraphs 1-32 as if fully set forth herein.

57. Liberty's application for injunctive relief is authorized by Fed. R. Civ. P. 65.

58. By providing competing tax preparation services, soliciting tax preparation business, using Liberty's name to promote herself, and suing Liberty franchisees in violation of the release, Grooms is violating the Agreement and the Injunction.

59. As a result of Grooms' unauthorized and unlawful acts, Liberty has been irreparably harmed and will continue to suffer irreparable harm.

60. For the foregoing reasons, Liberty respectfully request that the Court grant the following injunctive relief:

    A. Compel Grooms to comply with this Court's Injunction;

    B. Issue a contempt order sanctioning Grooms; and

    C. Compel Grooms to dismiss with prejudice all claims that were or could have been asserted in the Goodwin Lawsuit.

61. Liberty has a high likelihood of success on the merits of the claims, and it is probable that it will recover from Grooms, as Grooms is openly and actively, materially breaching the express terms of the valid and enforceable Agreement and Injunction.

62. Irreparable harm will result if a preliminary injunction is not issued because Grooms will continue to violate the Agreement and Injunction, which will cause irreparable and irreversible harm to the goodwill and reputation that Liberty has spent significant time and money establishing.

63. Liberty has no adequate remedy at law because Grooms refuses to cease her material breaches of express terms in the Franchise Agreement.

64. The injury to Liberty outweighs any injury that would be sustained by Grooms as a result of the requested injunctive relief because Grooms is already obligated to comply with the relief sough.

65. Injunctive relief will not adversely affect the public interest.

66. Grooms has been or is being served with notice of this application for injunctive relief.

## COUNT V
*Request for Permanent Injunction
Against Grooms*

67. Liberty repeats and re-alleges the foregoing allegations in paragraphs 1-32 and 48-66 as if fully set forth herein.

68. After a trial on the merits or a final judgment, Liberty asks the Court to convert any preliminary injunction as specified above into a permanent injunction.

69. Liberty has joined all indispensable parties pursuant to Fed. R. Civ. 19.

## PRAYER FOR RELIEF

WHEREFORE, Liberty prays for judgment against Grooms as follows:

1. For the following injunctive relief:

    A. Compel Grooms to comply with this Court's Injunction;

    B. Issue a contempt order sanctioning Grooms; and

    C. Compel Grooms to dismiss with prejudice all claims that were or could have been asserted in the Goodwin Lawsuit.

2. For a monetary award against Grooms in excess of $100,000 to be proven at trial, including, but not limited to, compensatory damages, expectancy damages, and disgorgement of profits;

3. For a monetary award against Grooms for Liberty's attorneys' fees and costs, in an amount to be proven at trial;

4. For pre- and post-judgment interest; and

5. For such other relief as the Court deems just and appropriate.

Respectfully submitted this 8th day of October, 2021.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Capri Trigo*
Capri Trigo
Florida Bar No. 28564
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428.5323
Facsimile: (877) 634.7245
ctrigo@grsm.com
*Counsel for Plaintiff JTH Tax LLC d/b/a Liberty Tax Service*
